RECEIVED
IN LAKE CHARLES, LA

MAR 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| TIMMY R. ANTOINE | CIVIL ACTION NO. 05-1652-LC |
| VS. | SECTION P |
| WARDEN, DIXON CORRECTIONAL | JUDGE MINALDI |
| INSTITUTE | MAGISTRATE JUDGE WILSON |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE** as barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 23 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE